**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6829**

———————

JOHN MARVIN BALLARD

             Plaintiff – Appellant,

       v.

JUSTIN ANDREWS; UNITED STATES MARSHALS SERVICE; WAKE COUNTY
SHERIFF'S DEPARTMENT; W. ELLIS BOYLE,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
Senior District Judge.  (5:13-ct-03073-H)

———————

Submitted:  September 25, 2014      Decided:  September 30, 2014

———————

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

John Marvin Ballard, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Marvin Ballard appeals the district court's order dismissing his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), after a review under 28 U.S.C. § 1915 (2012). We have reviewed the record and find no reversible error. Accordingly, although we grant Ballard's application to proceed in forma pauperis, we affirm the district court's judgment. Ballard v. Andrews, No. 5:13-ct-03073-H (E.D.N.C. Apr. 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED